58 A.3d 728

IN THE MATTER OF WAYNE POWELL, AN ATTORNEY AT LAW (ATTORNEY NO. 030841984).

January 23, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–180, concluding that **WAYNE POWELL** of **CHERRY HILL,** who was admitted to the bar of this State in 1985, should be censured for violating *RPC* 3.4(c)(a lawyer shall not knowingly disobey an obligation under the rules of a tribunal), *RPC* 3.4(d)(in pretrial procedure a lawyer shall not fail to make reasonably diligent efforts to comply with legally proper discovery requests by an opposing party), *RPC* 7.5(c)(firm name shall not contain the name of any person not actively associated with the firm as an attorney), *RPC* 8.4(a) (a lawyer shall not violate or attempt to violate the *RPCs* ), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **WAYNE POWELL** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.